Silverius Koellhoffer, Respondent, v. Henry Hillebrand and Others, Appellants, Impleaded with Andrew N. Petersen and Jacob Voelbel, Defendants.— Judgment affirmed, with costs, as to the appellant Hillebrand, and reversed as to the appellants Schneider and Farragut Realty Company, and new trial granted, costs to abide the event, upon the ground that the evidence fails to establish a cause of action against either

of them in plaintiff's favor. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.